# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSHUA MCCOY, KELLI MCCOY,
MARK BAILEY AND DEBRA G.
BAILEY

NO. 2019 CW 1611

VERSUS

PHILLIP HALL AND KAREN
LESLIE HALL BAILEY

MAY 1 2 2020

In Re: Phillip Hall and Karen Leslie Hall Bailey, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 163500.

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

WRIT DENIED.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT